UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARIQ ALI ABDALLA YAGOUB,<br><br>                              Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>                              Respondents. | Case No.:  26-CV-3575 JLS (JLB)<br><br>**ORDER DISMISSING PETITION**<br><br>(ECF No. 1) |

Presently before the Court is Petitioner Tariq Ali Abdalla Yagoub's Petition for Writ of Habeas Corpus (ECF No. 1).  Petitioner, proceeding pro se, had another petition pending before the Court challenging the sufficiency of his bond hearing.  *See Yagoub v. LaRose*, No. 26-CV-2233-JLS-JLB (S.D. Cal.).  The Court granted Petitioner relief in that matter, ordering his release from custody.  *Id.* at ECF No. 13.  Therefore, as Petitioner has already been granted relief, the current Petition is **DISMISSED WITHOUT PREJUDICE**.  As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

      **IT IS SO ORDERED.**

Dated:  June 30, 2026

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

26-CV-3575 JLS (JLB)